No. 5098.

STATE OF LOUISIANA v. THEOPHILE MONIE and JOSEPH FONTAINE.

| 26 513 |
| 50 1314 |

The ruling of the judge admitting the voluntary confessions of Fontaine made to the witnesses, who happened to be a constable and a justice of the peace, as against himself, was correct. But the declarations of Fontaine were inadmissible against Monie, and the judge should have instructed the jury to limit the application of said admissions to Fontaine alone.

APPEAL from the Fourth Judicial District Court, parish of St. John the Baptist. *Flagg*, J. Criminal case. *Morris Marks, H. C. Dibble*, Assistant Attorney General, for the State, appellee. *James D. Augustin*, for defendants and appellants.

LUDELING, C. J. The defendants, having been convicted of striking and cutting with a dangerous weapon, have appealed.

Two bills of exceptions to the rulings of the judge were taken. They embody substantially the same objections, to wit: That the confessions of Fontaine could not be proved by an officer, to whom it was made voluntarily; and that his confession is not evidence against Monie.

The ruling of the judge, admitting the admissions of Fontaine,

33

made to the witnesses, who happened to be a constable and a justice of the peace, as against himself, was correct. But the declarations of Fontaine were inadmissible against Monie; and the judge should have instructed the jury to limit the application of said admissions to Fontaine alone.

It is therefore ordered and adjudged, that the judgment of the lower court against the defendant Fontaine be affirmed with costs, and that the judgment and verdict against the defendant Monie be set aside and annulled, and that the case as to said Monie be remanded to be proceeded in according to law.